CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 22 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOANN C. OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:09cv263 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | ) United States Magistrate Judge |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT AND ORDER

For reasons stated in the accompanying Memorandum Opinion, plaintiff's motion for summary judgment (Docket #17) is **GRANTED** and defendant's motion for summary judgment (Docket #20) is **DENIED**. It is **ORDERED** that this case be dismissed and stricken from the docket of the court.

The Clerk is directed to send certified copies of this Judgment and Order to all counsel of record.

Entered: September 22, 2010.

/s/ Michael F. Urbanski
Michael F. Urbanski
United States Magistrate Judge